GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
California State Bar No. 141489
    300 N. Los Angeles Street
    Room 7516, Federal Building
    Los Angeles, CA 90012
    Telephone: (213) 894-6880
    Facsimile: (213) 894-7819
    Joanne.Osinoff@usdoj.gov

Attorneys for Defendant
United States of America

FILED
CLERK, U.S. DISTRICT COURT
DEC 26 2006
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Priority
Send        ✓
Enter
Closed
JS-5/JS-6   ✓
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

WILLIAM MYERS,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

Case No.: CV 06-1058-SJO(JWJx)

STIPULATION FOR

COMPROMISE SETTLEMENT

AND RELEASE AND

[PROPOSED]

ORDER THEREON

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, William Myers, and Defendant, United States of America, by and through their respective counsel, that the above-captioned action be settled and compromised based on the following terms and conditions.

///
///
///
///

ENTERED
CLERK, U.S DISTRICT COURT
DEC 27 2006
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

1     1.   This Stipulation For Compromise Settlement And Release
2  is not, is in no way intended to be, and should not be construed as, an admission of
3  liability or fault on the part of the United States, its agents, servants, or employees.
4  This settlement is entered into by the parties for the purpose of compromising
5  disputed claims under the Federal Tort Claims Act and avoiding the expenses and
6  risks of litigation.
7     2.   Defendant United States of America will pay to Plaintiff William
8  Myers the sum of Forty Thousand Dollars ($40,000.00), including attorney's fees,
9  which sum shall be in full settlement and satisfaction of any and all claims,
10 demands, rights, and causes of action of whatsoever kind and nature, arising from,
11 and by reason of any and all known and unknown, foreseen and unforeseen, bodily
12 and personal and other injuries, resulting, and to result, from the same subject
13 matter that gave rise to the above-captioned lawsuit, including any future claims
14 for wrongful death, which Plaintiff or his guardians, heirs, executors,
15 administrators, agents or assigns, and each of them, now have or may hereafter
16 acquire against the United States of America, its agents, servants, or employees on
17 account of or arising out of the matters, incidents or circumstances giving rise to
18 this lawsuit.
19    3.   Plaintiff William Myers and his guardians, heirs, executors,
20 administrators, agents or assigns, and each of them, hereby agree to accept the sum
21 of Forty Thousand Dollars ($40,000.00) in full settlement and satisfaction of any
22 and all claims, demands, rights, and causes of action of whatsoever kind and
23 nature, arising from, and by reason of any and all known and unknown, foreseen
24 and unforeseen, bodily and personal and other injuries which they may have or
25 hereafter acquire against the United States of America, its agents, servants or
26 employees on account of or arising out of the matters, incidents or circumstances
27 giving rise to the above-captioned lawsuit, including any future claims for
28

1 wrongful death.

2     4. In addition and notwithstanding anything to the contrary herein, Plaintiff, William Myers, his guardians, heirs, executors, administrators, agents and assigns, explicitly releases any and all claims against the United States of America, its agents, servants or employees, on account of or arising out of the matters, incidents or circumstances giving rise to this suit, including any future claims for wrongful death, which Plaintiff and his guardians, heirs, executors, administrators, agents or assigns do not know or suspect to exist in his, her or their favor at the time this Stipulation and Release are executed.

    5. Plaintiff William Myers specifically agrees, as additional consideration for this Stipulation For Compromise Settlement And Release, to waive the provisions of Section 1542 of the Civil Code of the State of California, and Plaintiff William Myers understands that said section provides:

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which, if known by him must have materially affected his settlement with the debtor."

Therefore, and notwithstanding anything to the contrary herein, Plaintiff William Myers explicitly releases any and all claims against the United States of America, its agents, servants and employees which Plaintiff does not know or suspect to exist in favor of Plaintiff at the time Plaintiff and his attorneys execute this Stipulation for Compromise Settlement and Release and which would have materially affected this settlement if such claim or claims had been known.

    6. Plaintiff William Myers and his guardians, heirs, executors, administrators, agents or assigns, and each of them, further agree to reimburse, indemnify and hold harmless the United States of America, its agents, servants, and employees from any and all causes of action, claims, liens, rights, or

1 | subrogated or contribution interests incident to or resulting from this or further
2 | litigation or prosecution of claims by Plaintiff or his guardians, heirs, executors,
3 | administrators, agents or assigns, and each one of them, against any third party or
4 | against the United States of America, arising from the matters alleged in the
5 | above-captioned complaint, including any future claims for wrongful death. It is
6 | specifically understood and agreed between the parties that Plaintiff William
7 | Myers is responsible for any lien which may be or has been asserted, submitted or
8 | filed arising out of the matters, incidents or circumstances giving rise to this suit.
9 |         7.      It is also agreed, by and among the parties hereto, that the settlement
10 | amount of Forty Thousand Dollars ($40,000.00) represents the entire amount of
11 | the compromise settlement, and that the respective parties will each bear their own
12 | costs, fees, and expenses, and that any attorney's fees owed by Plaintiff will be
13 | paid out of the aforesaid settlement amount and not in addition thereto.
14 |         8.      It is also understood, by and among the parties hereto, that pursuant
15 | to Title 28, United States Code, Section 2678, attorney's fees for services rendered
16 | in connection with this action shall not exceed 25 per cent of the amount of the
17 | compromise settlement.
18 |         9.      The United States will pay the settlement amount of Forty Thousand
19 | Dollars ($40,000.00) to Plaintiff William Myers and his attorneys of record, Law
20 | Offices of Spencer Busby. This payment shall be made by electronic funds
21 | transfer to the Spencer S. Busby, APLC - Client Trust Account, Wells Fargo Bank,
22 | Wells Fargo Plaza, 401 B Street, San Diego, California 92101. Plaintiff's
23 | attorneys, Law Offices of Spencer S. Busby, agree, subject to the terms and
24 | conditions set forth herein, to distribute the settlement proceeds.
25 |         10.     In consideration of the payment of the sum total of Forty Thousand
26 | Dollars ($40,000.00) as set forth above, Plaintiff William Myers agrees that he
27 | will execute and file with the Court such documents as shall be necessary to cause
28 |

1 this action to be dismissed in its entirety with prejudice from the docket of this Court. The failure to obtain a dismissal with prejudice renders the entire Stipulation for Compromise Settlement and Release and the compromise settlement null and void.

11. This written agreement contains all of the agreements between the parties hereto, and is intended to be and is the final and sole agreement between the parties. The parties agree that any other prior or contemporaneous representations or understandings not explicitly contained in this written agreement, whether written or oral, are of no further legal or equitable force or effect. Any subsequent modifications to this agreement must be in writing, and must be signed and executed by the parties.

12. The undersigned represent that each has reviewed and understands this agreement, and that each is fully authorized to enter into the terms and conditions of this agreement and that each agrees to be bound thereby.

DATED: 12/19/06

WILLIAM MYERS
Plaintiff

DATED: 12/19/06

LAW OFFICES OF SPENCER S. BUSBY

SPENCER S. BUSBY
Attorneys for Plaintiff

DATED: 12/20/06

GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

JOANNE S. OSINOFF
Assistant United States Attorney
Attorneys for Defendant

5

ORDER

In light of the parties' foregoing stipulation, IT IS HEREBY ORDERED as follows:

1. This Stipulation shall be filed.

2. The action is dismissed with prejudice. Each party to bear its own fees and costs.

3. The Court shall retain jurisdiction to enforce the settlement stipulation.

4. Upon receipt of the settlement funds, the parties shall file a Receipt and Full Satisfaction.

DATED: 12/26/06



~~HONORABLE JEFFREY W. JOHNSON~~
~~UNITED STATES MAGISTRATE JUDGE~~

S. JAMES OTERO

6